IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN CAMPBELL,

    Petitioner,

vs.                                  CASE NO. 5:11-cv-24/RS-EMT

KENNETH S. TUCKER,

    Respondent.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 13) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

4. A certificate of appealability is **DENIED**.

5. The clerk is directed to close the file.

**ORDERED** on October 11, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**